**Order entered April 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00877-CR

### MICHAEL GLEN GARZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 31429

## ORDER

The reporter's record, originally due November 20, 2018, has been filed. In light of this, we **VACATE** that portion of our March 18, 2019 order that orders Julie Vrooman not sit as a court reporter.

Appellant's brief is **DUE** thirty days from the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vroom, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office and to counsel for all parties.

/s/    LANA MYERS
          JUSTICE